## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## AMENDED
## JUDGMENT IN A CIVIL CASE

Trafalgar Power Inc. and
Christine Falls Corporation,

    Plaintiffs,
  vs.                            CASE NUMBER:   5:99-CV-1238
                                                              (Lead Case)

Aetna Life Insurance Company;
Algonquin Power Corporation, Inc.;
Algonquin Power Income Fund; and
Algonquin Power Fund (Canada) Inc.

    Defendants.


Algonquin Power Corporation, Inc.;
Algonquin Power Income Fund; and                     5:00-CV-1246
Franklin Industrial Complex, Inc.                            (Member Case)

    Plaintiffs,

  vs.

Trafalgar Power Inc.; Christine
Falls Corporation; and Pine Run
of Virginia, Inc.,

    Defendants.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Trafalgar's motion to amend the complaint is DENIED; Algonquin's motion for summary judgment is GRANTED; All of the remaining claims brought by Trafalgar are DISMISSED;

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 6th day of November, 2008; and it is further

ORDERED that Algonquin's motion for summary judgment on its counterclaims is GRANTED; and it is DECLARED that Trafalgar is in DEFAULT under the terms of the Indenture and related loan documents; and Algonquin is entitled to enforce its rights and remedies as against the pledged collateral, including the stock of TPI and CFC;

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 3rd day of April, 2012.

DATED: April 3, 2012

*[signature]*
Clerk of Court

s/
_____
Christine Mergenthaler
Deputy Clerk